FILED
CLERK, U.S. DISTRICT COURT
SEP 7 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>Akhic Muhaimin WILLIAMS<br>    Defendant. | Case No.: CR01-297-ABC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD Cal___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___inadequate showing by D, including no resources; no interview___

1      _nature of charges_

2

3

4     and/~~or~~

5 B.  (✗)  The defendant has not met his/~~her~~ burden of establishing by

6     clear and convincing evidence that he/~~she~~ is not likely to pose

7     a danger to the safety of any other person or the community if

8     released under 18 U.S.C. § 3142(b) or (c). This finding is based

9     on: _nature of charges_

10

11

12

13

14     IT THEREFORE IS ORDERED that the defendant be detained pending

15 the further revocation proceedings.

16

17 Dated:   9/7/12

18

19                                       _Ralph Zarefsky_

20                                       RALPH ZAREFSKY
                                      UNITES STATES MAGISTRATE JUDGE